UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONNA K. WALLS and DAVID L. WALLS, wife and husband,<br><br>        Plaintiffs,<br><br>  v.<br><br>GYNECARE, INC., a California corporation; ETHICON, INC., a New Jersey Corporation; JOHNSON & JOHNSON, a New Jersey corporation; AMERICAN MEDICAL SYSTEMS, INC., a Delaware corporation; DOES ONE through FIFTEEN,<br><br>        Defendants. | No. **CV 09-04067 PJH**<br><br>**[~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1    Based on the stipulation of the Parties and for good cause shown, **IT IS HEREBY**

2 **ORDERED**:

3    The Case Management Conference presently set for December 10, 2009 at 2:00 p.m. shall

4 be continued until January 28, 2010 at 2:00 p.m., pending resolution of Defendants'

5 Motion to Transfer, which is scheduled to be heard on December 23, 2009 at 9:00 a.m.  The

6 Parties will be prepared to discuss alternative agreeable dates for the case management

7 conference, if necessary, at the hearing on Defendants' Motion.  Pursuant to stipulation and for

8 good cause shown, **IT IS SO ORDERED**.

10 Dated:  11/23/09                    BY THE COURT:

    _____
    Honorable Phyllis J. Hamilton
    United States District Judge
    U.S. District Court, Northern District of
    California

[IT IS SO ORDERED — Judge Phyllis J. Hamilton]